NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SHELL USA, INC., fka Shell Oil Company, ATLANTIC RICHFIELD COMPANY, TEXACO, INC., UNION OIL COMPANY OF CALIFORNIA,**

*Plaintiffs-Appellees*

**v.**

**UNITED STATES,**

*Defendant-Appellant*

---

2023-2129

---

Appeal from the United States Court of Federal Claims in No. 1:22-cv-01431-CFL, Senior Judge Charles F. Lettow.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                                                    SHELL USA, INC. v. US

(2)  Each side shall bear their own costs.


                                          FOR THE COURT

September 7, 2023
        Date                              /s/ Jarrett B. Perlow
                                          Jarrett B. Perlow
                                          Clerk of Court


**ISSUED AS A MANDATE:** September 7, 2023